# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **TEMMY EDIA** | Criminal Number: **1:24CR00235-001** |
|  | Defendant's Attorney: Richard Beshwate |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s)   1 through 4   as alleged in the violation petition filed on   12/9/2019  .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Charge One | There is probable cause to believe that the offender violated special condition nine which states upon release from confinement, he must reside for a period of up to six months to commence immediately upon release, in the Residential Reentry Center | December 1, 2019 |
| Charge Two | There is probable cause to believe that the offender violated special condition eight that he must abstain from the use of all alcohol beverages | December 1, 2019 |
| Charge Three | There is probable cause to believe that the offender violated standard condition seven which states he must allow the probation officer to visit him at any time at his home or elsewhere | December 2, 2019 |
| Charge Four | There is probable cause to believe that the offender violated a mandatory condition of supervision that he must refrain from any unlawful use of a controlled substance | October 15, 2019 and November 3, 2019 |

AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

DEFENDANT: **TEMMY EDIA**  
CASE NUMBER: **1:24CR00235-001**

Page 2 of 3

The court:  [✓] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on ___9/12/2017___.

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ____ is/are dismissed. [X] APPEAL RIGHTS GIVEN.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**4/28/2025**  
Date of Imposition of Sentence

/s/ Jennifer L. Thurston  
Signature of Judicial Officer

**Jennifer L. Thurston**, United States District Judge  
Name & Title of Judicial Officer

4/30/2025  
Date

AO 245B-CAED (Rev. 09/2019) Sheet 2 - Imprisonment

DEFENDANT: **TEMMY EDIA**  
CASE NUMBER: **1:24CR00235-001**

Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>12 months to be served concurrently to 1:21CR00130-001</u>.

- [✓] No TSR: Defendant shall cooperate in the collection of DNA.

- [✓] The court makes the following recommendations to the Bureau of Prisons:  
  The court recommends that the defendant be incarcerated at Lompoc, California facility, but only insofar as this accords with security classification and space availability.

- [✓] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district
    - [ ] at ___ on ___.
    - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    - [ ] before ___ on ___.
    - [ ] as notified by the United States Marshal.
    - [ ] as notified by the Probation or Pretrial Services Officer.
    
    If no such institution has been designated, to the United States Marshal for this district.

- [ ] Other, Please Specify:

## RETURN

I have executed this judgment as follows:

___

___

___

Defendant delivered on _____ to _____  
at _____, with a certified copy of this judgment.

_____  
United States Marshal

_____  
By Deputy United States Marshal